# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

*NOTE: All documents filed in this matter must be identified by both adversary and bankruptcy case numbers, case chapter and judge's initials.*

In re: Mecca H Davis                                                                                       Bankruptcy Case No.: 8–19–71415–ast

Marc A. Pergament

                                                      Plaintiff(s),

–against–                                                                                                              Adversary Proceeding No. 8–20–08094–ast

Hampton University
Chelcey Davis

                                                      Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint, which is attached to this summons, to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| **Address of Clerk:** |
|---|
| **United States Bankruptcy Court**<br>**290 Federal Plaza**<br>**Central Islip, NY 11722** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney:** |
|---|
| **Marc A Pergament**<br>**Weinberg Gross & Pergament LLP**<br>**400 Garden City Plaza**<br>**Garden City, NY 11530** |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: June 29, 2020                                                                      Robert A. Gavin, Jr., Clerk of the Court

**Summons (AST)**[Summons and Notice of Pretrial Conf. rev. 05/27/2016]